Patricia A. O'Connor (PO5645)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendants
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN MONELL (an infant by his parent and legal            **DOCKET:**
guardian, NORBERTO MONELL) and NORBERTO
MONELL, individually,

                               Plaintiffs,

                                                   **RULE 7.1**

       -against-

WAL-MART STORES, INC. d/b/a WAL-MART
SUPER CENTER,
                               Defendant.
-------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly local general rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAL-MART STORES EAST, LP (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

       WAL-MART STORES, INC

       WAL-MART DE MEXICO

       SEIYU

Dated: Northport, New York
       May 25, 207

                                                  Yours, etc.

                                                  BRODY, O'CONNOR & O'CONNOR, ESQS.
                                                  Attorneys for Defendant

By: _____
PATRICIA A. O'CONNOR (PO5645)
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778


TO:   STEVEN D. DOLLINGER & ASSOCIATES
      Attorneys for Plaintiffs
      5 Threepence Drive
      Melville, New York 11747
      (631) 243-3709

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

PEGGY MIKANDER, being duly sworn, deposes and says:

That your deponent is not a party to this action, is over 18 years of age and resides at West Islip, New York.

That on the 30th day of May, 2007, deponent served the within **RULE 7.1** UPON:

STEVEN D. DOLLINGER & ASSOCIATES
Attorneys for Plaintiffs
5 Threepence Drive
Melville, New York 11747
(631) 243-3709

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
PEGGY MIKANDER

Sworn to before me this
30th day of May, 2007.

_____
NOTARY PUBLIC

Kathleen McGarvey
Notary Public, State of New York
No. 01MC6122032
Qualified in Nassau County
Commission Expires Feb. 07, 2009

Index No. 8499/2007     Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN MONELL (an infant by his parent and legal guardian, NORBERTO MONELL) and NORBERTO MONELL, individually,

Plaintiffs,

-against-

WAL-MART STORES, INC. d/b/a WAL-MART SUPER CENTER,

Defendant.

---

**RULE 7.1**

---

**BRODY, O'CONNOR & O'CONNOR, ESQS.**

*Attorneys for* Defendant

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: .................................  Signature ...........................................................

Print Signer's Name ...........................................................

---

Service of a copy of the within                                                     is hereby admitted.

Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.                                     one of the judges of the within named Court,
at
on                       20       , at                       M.

Dated:

**BRODY, O'CONNOR & O'CONNOR, ESQS.**

*Attorneys for*

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

To: