From: 03/20/2008 13:05    6316434331    DOLLINGER    PAGE 02/02
From:                     03/20/2008 11:28    #725 P.002/002

3/25/08

Thomas M. O'Connor (TO-5247)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendants
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN MONELL (an infant by his parent and legal
guardian, NORBERTO MONELL) and NORBERTO
MONELL, individually,

                        Plaintiffs,

         -against-

WAL-MART STORES, INC. d/b/a WAL-MART
SUPER CENTER,

                        Defendant.
------------------------------------------------------------X

Civil Action No.: CV-07-04839

**STIPULATION TO REMAND TO STATE COURT**

    IT IS HEREBY STIPULATED AND AGREED that the matter in controversy in this matter does not exceed Twenty Five Thousand ($25,000.00) Dollars and, thus, jurisdiction in the Federal Courts based upon diversity is no longer warranted. It is further stipulated and agreed that the matter should be remanded to the Supreme Court of the State of New York, Bronx County, under Index Number 8499/07.

Dated: Northport, New York
       March 20, 2008

*granted DAB 3/24/08*

_____
STEVEN D. DOLLINGER & ASSOCIATES
Attorneys for Plaintiffs
5 Threepence Drive
Melville, New York 11747
(631) 243-3709

Thomas M. O'Connor (5247)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

*Clerk of Court is directed to close the docket in this case.*

**SO ORDERED**

_____
DEBORAH A. BATTS    3/24/08
UNITED STATES DISTRICT JUDGE